**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1648**

_____

In re: DELMAR E. WALTON,

              Petitioner.

------------------------------

UNITED STATES OF AMERICA,

              Respondent.

_____

On Petition for Writ of Mandamus.  (5:94-cr-00066-JPB-2)

_____

Submitted:  August 18, 2022                          Decided:  August 22, 2022

_____

Before WYNN, THACKER, and HEYTENS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Delmar E. Walton, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Delmar E. Walton filed a petition for a writ of mandamus alleging that the district court has unduly delayed acting on his pending motions. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that, in March 2021, the district court granted Walton's motions for appointment of counsel and for production of documents, and, in June 2021, the district court denied Walton's motion for compassionate release. Accordingly, because Walton has no outstanding motions pending in the district court, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*